1008

[No. 42330-8-II.   Division Two.   January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARIO E. FALSETTA, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-1-00170-9, Beverly G. Grant, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Johanson, A.C.J., and Bridgewater, J. Pro Tem.

[No. 42331-6-II.   Division Two.   January 29, 2013.]

ARTHUR WEST, *Appellant*, v. THE WASHINGTON STATE BOARD OF ACCOUNTANCY, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 10-2-02122-9, Paula Casey, J., entered June 3, 2011. *Affirmed* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J., and Hunt, J.

[No. 42346-4-II.   Division Two.   January 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. SUZANNAH RUTH KENOYER, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 09-1-00361-0, Kenneth D. Williams, J., entered June 30, 2011. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Bjorgen, JJ.

[No. 42627-7-II.   Division Two.   January 29, 2013.]

COLUMBIA STATE BANK, *Respondent*, v. TOM C. GIRARD ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-2-06116-2, James R. Orlando, J., entered August 26, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Worswick, C.J., and Bjorgen, J.